**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**TRICIA A. SPIVEY**, individually and
as personal representative of the estate
of Randall L. Spivey, Jr.,
Plaintiff,

v. 2:26-cv-2123-KCD-NPM
IN ADMIRALTY

**UNKNOWN CLAIMANTS**,
Defendants.

---

## ORDER

This action concerns a December 19, 2025 incident on the navigable waters in the Gulf of America over 75 miles southwest of Marco Island, Florida, involving Randall L. Spivey, Jr. and Brandon Billmaier, who departed for an offshore fishing trip on a vessel, but never returned home, and are presumed to have died at sea. In July 2026, plaintiff Tricia A. Spivey, individually and as a personal representative of the estate of Randall L. Spivey, Jr., filed a complaint for exoneration from or limitation of liability. Thereafter, the court approved the interim security and directed notice to all potential claimants. And on pain of default, the court directed all potential claimants to file their claims or answers by April 20, 2026. (Doc. 9).

The deadline for receipt of claims and answers expired, and one claimant has answered. (Doc. 12). Consequently, non-appearing potential claimants have been declared in default. (Doc. 15). And by defaulting for failing to answer, all non-

appearing claimants admit that Plaintiffs are entitled to exoneration. Fed. R. Civ. P. 8(b)(6) ("An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied.").

Plaintiff has complied with the Civil Rules, the Supplemental Rules, and the court's Admiralty and Maritime Practice Manual. Accordingly, Plaintiff's motion for default judgment (Doc. 20) is **GRANTED**. The Clerk is directed to enter a default judgment of exoneration in favor of Plaintiff against all non-appearing claimants.

**ORDERED** on October 7, 2026

NICHOLAS P. MIZELL
United States Magistrate Judge